MO

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

**NOV 2 3 2021** cm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mario Connor
_____

Plaintiff(s),

v.

Chicago Public School/
Daniel Hale Chicago
~~Board of Education~~

Defendant(s).

1:21-cv-06285
Gottschall / Weisman
RANDOM

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Mario Connor__ of the county of __Cook__ in the state of __Ill__.

3. The defendant is __Chicago Public Schools/Daniel Hale__, whose street address is __1 North Dearborn Street #900__, (city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60602__

   (Defendant's telephone number) (__773__) - __535-1120__

4. The plaintiff sought employment or was employed by the defendant at (street address)
   __Daniel Hale William School__ (city) __Chicago__
   (county) __Cook__ (state) __IL__ (ZIP code) __60615__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) July, (day) 9, (year) 2020.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about

            (month) 03 (day) 15 (year) 21.

        (ii) ☐ the Illinois Department of Human Rights, on or about

            (month) 03 (day) 15 (year) 21.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☑ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) N/A

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☑ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 08 (day) 25 (year) 21 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)
H Retailation

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    ~~Btscr~~ I an a male Respondent which has subjected me to discrimination, Harrassment, and bullying because of my gender- Male in violation of title VII of the Civil Rights Act of 1991, as amended the discimination, Harrassment and bully was ongoing and continous, additionay, I was never given notice of my June 17, 2020 discharge hearing. I was terminated by Respondent in retaliation for Complaining about discrimination

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☑ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ Direct the defendant to (specify): top payback pay, damages and attorny fees

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_Morgan_
(Plaintiff's signature)

Morris Connor
(Plaintiff's name)

5214 South Woodlawn Ave
(Plaintiff's street address)

(City) Chicago     (State) IL     (ZIP) 60615

(Plaintiff's telephone number) (773) – 610-5675

Email: - connormarris@hotmail.com     Date: 11/23/21

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy ct Statement on reverse before completing this form.

ENTER CHARGE NUMBER
☒ IDHR
☒ EEOC

## ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC
(State or local Agency, if any)

| | |
|---|---|
| **NAME** (Indicated Mr., Ms., or Mrs.) Mr. Mario Connor | **HOME TELEPHONE NO.** (Include Area Code) (773) 610-5675 |
| **STREET ADDRESS** 5214 South Woodlawn | **CITY, STATE AND ZIP CODE** Chicago, Illinois. 60615 — **COUNTY** Cook |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| | | |
|---|---|---|
| **NAME** Chicago Public Schools/Daniel Hale | **NO. OF EMPLOYEES/MEMBERS** 15 or More | **TELEPHONE NUMBER** (Include Area Code) (773) 535-1120 |
| **STREET ADDRESS** 42 W. Madison Avenue | **CITY, STATE AND ZIP CODE** Chicago, Illinois. 60602 | |
| **NAME** | | **TELEPHONE NUMBER** (Include Area Code) |
| **STREET ADDRESS** | **CITY, STATE AND ZIP CODE** | |

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION
☐ NATIONAL ORIGIN  ☐ AGE  ☒ RETALIATION  ☐ OTHER (Specify) Disability

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE**
(Month, day, year) July 9, 2020

THE PARTICULARS ARE (if additional space is needed, attached extra sheet(s)):

I began my employment with Respondent in or around March 2013 as a Security Officer. I am a male. Respondent made has subjected me to discrimination, harassment, and bullying because of my gender (male) in violation of Title VII of the Civil Rights Act of 1991, as amended.

The discrimination, harassment and bullying was ongoing and continuous. Additionally, I was never given notice of my June 17, 2020 discharge hearing. After I was given a write up which I refused to sign because I believed it was discriminatory in nature, I was terminated by Respondent in retaliation for complaining about discrimination in violation of Title VII of the Civil Rights Act of 1991, as amended.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

OFFICIAL SEAL
CURTIS R BROWN
NOTARY PUBLIC, STATE OF ILLINOIS
COOK COUNTY
MY COMMISSION EXPIRES 07/27/2021

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY (When necessary to meet State and Local Requirements)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 3-15-21

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT

Date 3-15-21

Exhibit A

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mario Connor<br>c/o Barry A. Gomberg<br>BARRY A. GOMBERG & ASSOCIATES, LTD.<br>53 West Jackson Blvd Suite 1350<br>Chicago, IL 60604 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2021-02962 | Brandi Kraft, Investigator | (312) 872-9662 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/msd*     8/25/2021

Enclosures(s)     **Julianne Bowman, District Director**     *(Date Issued)*

cc: Dianna Mitchell, Esq.
**CITY OF CHICAGO BOARD OF EDUCATION**
1 North Dearborn St., #900
Chicago, IL 60602

Exhibit B

BARRY A. GOMBERG & ASSOCIATES, LTD.
53 W. Jackson Blvd. Suite 1350
Chicago, IL 60604
312 922-0550 Office
312 922-0066 Fax
gomberglaw@aol.com Email



3 attachments

- 2.2.17 ltr to CPS re Starks DNH removal.pdf
  1137K

- 2.2.17 ltr to CPS re Johnson DNH removal.pdf
  1064K

- 2.2.17 ltr to CPS re Turner DNH removal.pdf
  1146K